No. 48547.—Protest 746607–G of Katz Berk Hat Body Corp. (New York).

Opinion by TILSON, J. The record showed that certain of the items consist of harvest hats similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664). In accordance therewith, those imported and withdrawn for consumption prior to the Netherlands Trade Agreement (T. D. 48075) were held dutiable at 25 percent ad valorem under paragraph 1504 (b) (5) and those imported or withdrawn for consumption subsequent to the effective date of the said trade agreement were held dutiable at 12½ percent under paragraph 1504 (b) (5) as claimed.

No. 48548.—Protests 93573–K, etc., of Mercantile Import & Export Corp. et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JULY 14, 1943

No. 48549.—Protests 22156–K, etc., of Columbia Co. et al. (San Francisco).

Opinion by CLINE, J. It was stipulated that certain of the merchandise, consisting of Bak Hop, lotus nuts (hoi shin lien, hoi pak lin), sui sit, wai san (stick), sar sum (uncut), lo hon qua, yuen yuk, and mok qua, is the same in all material respects as that involved in *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372). It was therefore held entitled to free entry under paragraph 1669, as claimed. It was further stipulated that the items consisting of wai san (sliced), yuk chuk, and sar sum (cut) are the same as certain of the items involved in C. D. 372, *supra*, and were therefore held dutiable as drugs, advanced, at 10 percent under paragraph 34.

No. 48550.—Protest 976832–G of H. Rosenhirsch Co. (New York).

Opinion by CLINE, J. The record showed that the merchandise was imported from London but that the Union of Soviet Socialist Republics is the country of origin; that the bristles are not capable of being marked but that the cases were marked "Made in Russia" when imported, and the collector required that they be marked "U. S. S. R. Russia" before it was released. The defendant cited Abstract 42579. Following *Williams* v. *United States* (26 C. C. P. A. 210, C. A. D. 19), wherein the merchandise was marked "Packed in Russia," the merchandise in question was held legally marked when imported. The protest was therefore sustained.